```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 21822
   ROBERT K GLASPER
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3167


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/19/2008 and was not confirmed.

     The case was dismissed without confirmation 11/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
ARROW FINANCIAL SERVICES  UNSECURED         467.88         .00           .00
CORTRUST                  UNSECURED         464.28         .00           .00
SPRINT PCS                UNSECURED       NOT FILED        .00           .00
ROUNDUP FUNDING LLC       UNSECURED         819.73         .00           .00
CITY OF CHICAGO PARKING   UNSECURED        2165.00         .00           .00
FIRST NATIONAL BANK       UNSECURED       NOT FILED        .00           .00
NEGRON EDUARDO            UNSECURED       NOT FILED        .00           .00
ORCHARD BANK              UNSECURED       NOT FILED        .00           .00
MCI WORLDCOM              UNSECURED       NOT FILED        .00           .00
US CELLULAR               UNSECURED       NOT FILED        .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED        .00           .00
MARY HAWKINS              NOTICE ONLY     NOT FILED        .00           .00
PALLINO RECEIVABLES III,  UNSECURED         792.34         .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT     164.00         .00         97.44
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,500.00                      .00
TOM VAUGHN                TRUSTEE                                       7.56
DEBTOR REFUND             REFUND                                         .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              105.00

PRIORITY                                      97.44
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                           7.56
DEBTOR REFUND                                   .00
                    ---------------       ---------------
TOTALS               105.00                  105.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 21822 ROBERT K GLASPER

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE